IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HERSE L. WHITE | : | |
| Plaintiff | : | |
| v. | : | Civil Action No.  AMD-07-2275 |
| P.G. COUNTY, MD | : | |
| Defendant | : | |

...o0o...

MEMORANDUM

Plaintiff Herse L. White, a state prisoner, alleges claims against Prince George's County for violations of his civil rights under 42 U.S.C. §1983. Specifically, White alleges that Prince George's County failed to return a gold watch, a gold pen, and a wallet he "deposited" with the Prince George's County Department of Corrections on November 29, 2004. The court will grant White's motion to proceed in forma pauperis, and dismiss the complaint without prejudice pursuant to 28 U.S.C. §1915A for failure to state a claim on which relief may be granted.

Although captioned a civil rights action, this case is essentially a tort action to recover damages for lost personal property. Further, White fails to allege that he has been deprived of a right, privilege, or immunity secured by the Constitution or laws of the United States. *See* 28 U.S.C. §1331.  *See* 28 U.S.C. § 1331.

To the extent White intends to claim his right to due process has been abridged, sufficient due process is afforded to a prisoner if he has access to an adequate post-deprivation remedy. *See Parratt v. Taylor*, 451 U.S. 527, 542-44, (1981), *overruled on other grounds by Daniels v. Williams*, 474 U.S. 327 (1986). The right to seek damages in Maryland courts constitutes an adequate post-deprivation remedy. *See Juncker v. Tinney*, 549 F. Supp. 574, 579 (D. Md. 1982).

Additionally, White asserts no facts suggesting Prince George's County may be liable under 42 U.S.C. §1983.  White does not claim the actions about which he complains result from an official policy or custom. Moreover, White does not assert any claims against any individuals who might be agents of the County; in any event, the doctrine of respondeat superior or vicarious liability does not apply to §1983 proceedings.  *See Monell v. New York Department of Social Services*, 436 U.S. 658, 691 (1978).

For these reasons, the court will dismiss this case without prejudice.  An order follows.


Date: September 21, 2007

\_\_/s/_____
Andre M. Davis
United States District Judge